# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KAREEM D. GRAHAM

NO. 2024 KW 0046

**MARCH 13, 2024**

---

In Re:     Kareem D. Graham, applying for supervisory writs, 21st
           Judicial District Court, Parish of Tangipahoa, No.
           1701320.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT DENIED.**

                          JMG
                          WRC
                          WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT